IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DR. WILLIAM C. GARDNER, DDS
dba Dr. William C. Gardner, DDS, P.A.

      Plaintiff,

v.                                          Case No. 1:20-cv-01271-MV-LF

DELTA DENTAL PLAN OF NEW MEXICO,
INC.; DELTA DENTAL PLAN OF MICHIGAN,
INC., EDWARD J. LOPEZ, JR., as an individual
And in his capacity as CEO; JESUS C. GALVAN,
DDS, as an individual and in his capacity as CFO;
and JASON LOUIS SNIDER, as an individual
and in his capacity as Manager,

      Defendants.

## ENTRY OF APPEARANCE

      COME NOW Gary W. Boyle and Mark D. Freudenheim of Boyle and Freudenheim, and hereby enter their appearance as counsel of record for Plaintiff.

                                        /s/ Gary W. Boyle
                                        Gary W. Boyle
                                        Mark D. Freudenheim
                                        BOYLE & FREUDENHEIM
                                        15 Spirit Court
                                        Santa Fe, NM 87506
                                        (505) 989-5057

                                        *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      The undersigned counsel certifies that he delivered a copy of the above and foregoing to the following counsel of record on January 10, 2022.

Alcaraz Law, P.A.
Jason R. Alcaraz
Jordi Kandarian
20 First Plaza NW, Suite 412
Albuquerque, NM 87102
jason@alcarazlawnm.com

Montgomery and Andrews, PA
Suzanne C. Odom
Kaleb W. Brooks
PO Box 2307
Santa Fe, NM 87504-2307
sco@montand.com

Mark A. Glenn
Shay Meagle
Moses, Dunn, Farmer & Tuthill, P.C.
P.O. Box 27047
Albuquerque, NM 87125-7047
mark@moseslaw.com

Jesse D. Hale
Lynn E. Mostoller
Sutin, Thayer $ Browne
P.O. Box 1945
Albuquerque, NM 87110
JEH@sutinfirm.com


_____